## LABOLAIS vs. BERNARD.

APPEAL from the court of the fifth district.

*A party who has agreed to pay damages for a trespass or the plaintiff's land, cannot allege his error as to the title of the plaintiff without proving it*

MATTHEWS, J. delivered the opinion of the court. This action is founded on a written promise of the defendant to pay to the plaintiff the sum of 305 dollars: judgment was rendered in favor of the latter in the district court, from which the former appealed.

The promise, as it appears from the evidence of the case, was made in consequence of

a transaction which took place between the
parties to the suit, relative to timber which the defendant had taken from the land of the plain-
tiff. The defence set up against the right of recovery, is error in the transaction or com- promise. The appellant alleges that the land from which he took the timber is not the pro- perty of the appellee. He certainly recognis- ed it as belonging to the latter by the compro- mise, and we are unable to discover any evi- dence on the record which shews that this re- cognition was made in error.

It is therefore ordered, adjudged and de- creed, that the judgment of the district court be affirmed with costs.

***Brownson*** for the plaintiff, ***Markham & Simon*** for the defendant.